Craig A. Crispin, OSB No. 82485
crispin@employmentlaw-nw.com
Ashley A. Marton, OSB No. 171584
ashley@employmentlaw-nw.com
**CRISPIN EMPLOYMENT LAW PC**
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: 503-293-5770
Fax: 503-293-5766
   Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ALEXANDRO ALONSO,** a minor by and through his guardian ad litem **LUCIA ALONSO,**<br><br>Plaintiff,<br><br>v.<br><br>**MOUNT HOOD COMMUNITY COLLEGE DISTRICT**, a Community College District, doing business as MOUNT HOOD COMMUNITY COLLEGE,<br><br>Defendant. | Case No. 3:18-cv-01775-BR<br><br><br><br><br><br>**JUDGMENT** |

Pursuant to plaintiff's acceptance of defendant's FRCP 68 Offer of Judgment, the Court enters JUDGMENT in favor of plaintiff and against defendant MOUNT HOOD COMMUNITY COLLEGE DISTRICT, a Community College District, doing business as MOUNT HOOD COMMUNITY COLLEGE, in the amount of TEN THOUSAND DOLLARS ($10,000.00).

Page 1 – **JUDGMENT**

Plaintiff is also awarded her costs and attorneys' fees incurred through March 4, 2019 in an amount to be determined.

IT IS SO ORDERED.

DATED this 21 day of March 2019.

_____
Anna J. Brown
United States Senior District Judge